**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT MCMAHON, | ) | |
| on behalf of plaintiff and the class members | ) | |
| described below, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-cv-5257 |
| | ) | The Honorable Judge Grady |
| vs. | ) | |
| | ) | |
| GALAXY ASSET PURCHASING, LLC | ) | |
| and CONVERGENT OUTSOURCING, INC. | ) | |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF MOTION**</u>

**To:**        (**See attached service list.**)

        **PLEASE TAKE NOTICE** that on Thursday July 16, 2014 at 11:00 a.m., we will appear before the Honorable Judge Grady in room 2201 of the United States District Court, for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois 60604, and present: **PLAINTIFF'S MOTION TO ENTER AND CONTINUE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

                        s. Tara L. Goodwin
                        Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL   60603
(312) 739-4200
(312) 419-0379 (FAX)

<u>**CERTIFICATE OF SERVICE**</u>

I, Tara L. Goodwin, hereby certify that on July 10, 2014, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system. The foregoing document will be served by hand delivery upon the following party, along with the summons and complaint in this matter:

**Convergent Outsourcing, Inc.**
c/o CT Corporation System, Registered Agent
208 S. LaSalle St., Suite 814
Chicago, IL 60604

I further certify that the foregoing document will be sent to a process server to be served by hand delivery upon the following party, along with the summons and complaint in this matter:

**Galaxy Asset Purchasing, LLC**
Illinois Corporation Service
801 Adlai Stevenson Drive
Springfield, Illinois 62703

<u>s/ Tara L. Goodwin</u>
Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL   60603
(312) 739-4200