**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SCOTT MCMAHON, for himself and those similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GALAXY ASSET PURCHASING LLC ) <br> and CONVERGENT OUTSOURCING INC. ) <br> ) <br> Defendants. ) | 1:14CV5257 |

**STIPULATION AS TO CLASS CERTIFICATION MOTION**

The parties, by counsel, stipulate as follows:

Defendant stipulates that it will not make any offer or tender to plaintiff, including but not limited to an offer pursuant to Fed.R.Civ.P. 68, that would have the effect of mooting plaintiff's claims in this matter on behalf of the putative class defined in the complaint. In consideration of the foregoing, plaintiff stipulates to withdraw the pending motion for class certification without prejudice, and with general leave to re-file.

The parties agree that the preceding stipulation does not prevent the parties from making and considering settlement proposals from their opponents during the course of this case.

SO STIPULATED on February 24, 2015.

Respectfully submitted,

/s/ Thomas E. Soule　　　　　　　　　　/s/ Charity A. Olson
Thomas E. Soule　　　　　　　　　　　Charity A. Olson
Edelman Combs Latturner & Goodwin LLC　Olson Law Group
20 South Clark Street, Suite 1500　　　　2723 South State Street, Suite 150
Chicago IL 60603　　　　　　　　　　Ann Arbor MI 48104
(312) 739-4200　　　　　　　　　　　(734) 222-5179
(312) 419-0379 (fax)　　　　　　　　　(866) 941-8712 (fax)
courtecl@edcombs.com　　　　　　　　colson@olsonlawpc.com

**CERTIFICATE OF SERVICE**

I certify that Charity Olson (colson@olsonlawpc.com), counsel for defendants, was served with this document on February 24, 2015 by operation of the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　/s/ Thomas E. Soule
　　　　　　　　　　　　　　　　　　Thomas E. Soule