**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Scott McMahon

                                    Plaintiff,

v.                                                           Case No.: 1:14–cv–05257
                                                                 Honorable Andrea R. Wood

Galaxy Asset Purchasing, LLC, et al.

                                    Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, February 25, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: Pursuant to the Stipulation of the parties [33], Plaintiff's motion for class certification [4] is withdrawn without prejudice and with leave to refile at a later date. Mailed notice(ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.