**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT MCMAHON, | ) | |
| on behalf of plaintiff and the class members | ) | |
| described below, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-cv-5257 |
| | ) | Judge Andrea R. Wood |
| vs. | ) | |
| | ) | |
| GALAXY ASSET PURCHASING, LLC | ) | |
| and CONVERGENT OUTSOURCING, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:** See attached service list.

**PLEASE TAKE NOTICE** that on **March 31, 2015 at 9:00 a.m.,** we shall appear before Judge Wood in the Dirksen Federal Courthouse and will there present: **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF**, a copy of which is attached and hereby served upon you.

                                                               s/ Francis R. Greene
                                                               Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Francis R. Greene, hereby certify that on March 27, 2015, I caused to be filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which caused to be served a true and accurate copy of such filing upon the following parties:

Charity A. Olson
colson@olsonlawpc.com

                                                  s/Francis R. Greene
                                                  Francis R. Greene