**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SCOTT MCMAHON, )<br>on behalf of plaintiff and the class members )<br>described below, )<br> )<br>      Plaintiff, )<br> )<br>  vs. )<br> )<br>GALAXY ASSET PURCHASING, LLC )<br>and CONVERGENT OUTSOURCING, INC. )<br> )<br>      Defendants. ) | Case No. 14-cv-5257<br>Judge Andrea R. Wood |

## MOTION TO STRIKE OFFER OF JUDGMENT

  Defendants Galaxy Asset Purchasing, LLC and Convergent Outsourcing, Inc. ("Defendants") served Plaintiff Scott McMahon with Defendants' Rule 68 Offer of Judgment, mailed August 28, 2015 and received on September 1, 2015. (Exhibit 1). On February 24, 2015, Defendants had stipulated that would not make a Rule 68 Offer of Judgment if plaintiff withdrew then pending Motion for Class Certification (Exhibit 2)(Dkt# 33). Pursuant to that Stipulation, plaintiff requests that this Court strike the Defendants' Rule 68 Offer of Judgment.

  WHEREFORE, Plaintiff requests that this Court strike Defendants' Rule 68 Offer of Judgment.

                Respectfully submitted,

                s/Cathleen M, Combs
                Cathleen M. Combs

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

     I, Cathleen M. Combs, hereby certify that on September 10, 2015, I caused to be filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which caused to be served a true and accurate copy of such filing upon the following parties:

Charity A. Olson
colson@olsonlawpc.com

                                      s/Cathleen M, Combs
                                      Cathleen M. Combs